UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNE WEST, et al.,

Plaintiffs,

v.

MCKESSON CORPORATION, et al.,

Defendants.

_______________________________/

No. C 13-3109 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copies of plaintiffs' motion to remand and opposition to defendants' motion to stay were submitted in a format that is not usable by the court.

Each chambers copy listed above is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☒ consists of a stack of loose paper fastened with binder clips or a paper clips;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ has no tabs for the voluminous exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

United States District Court
For the Northern District of California

☒ is not usable for another reason –

includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified.

The paper used for the above-described chambers copies has been recycled by the court. No later than July 29, 2013, plaintiffs shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: July 25, 2013

PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California