United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNE WEST, et al.,

    Plaintiffs,

    v.

MCKESSON CORPORATION, et al.,

    Defendants.

_____/

No. C 13-3109 PJH

**ORDER RE CHAMBERS COPIES**

    PLEASE TAKE NOTICE that the chambers copies of plaintiffs' motion to remand and opposition to defendants' motion to stay were submitted in a format that is not usable by the court.

    Each chambers copy listed above is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☒ consists of a stack of loose paper fastened with binder clips or a paper clips;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

1  ☒  is not usable for another reason –

2  includes exhibits that are not attached to a declaration or request for judicial
3  notice and are otherwise unidentified.

4  The paper used for the above-described chambers copies has been recycled by the
5  court. No later than July 29, 2013, plaintiffs shall submit chambers copies in a format that
6  is usable by the court.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge